Territorial Law Library



FILED
SUPERIOR COURT
OF GUAM

2012 JUL 27 PM 2: 50

CLERK OF COURT

BY _____

# IN THE SUPERIOR COURT OF GUAM

| | | |
|---|---|---|
| ALIRON FAR EAST, LLC , | ) | CIVIL CASE NO. C1481-09 |
| Plaintiff, | ) | |
| v. | ) | **DECISION AND ORDER ON** |
| | ) | **PLAINTIFF'S MOTION TO STRIKE** |
| JOSE B. ESTEVES , | ) | **DEMAND FOR JURY TRIAL** |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |

## INTRODUCTION

This matter came before the Honorable Alberto C. Lamorena III on June 11, 2012 on Plaintiff's Motion. Attorney Daniel J. Berman represented Plaintiff, Aliron Far East, LLC. Attorney Delia S. Lujan Wolff represented Defendant, Jose B. Esteves. Following the hearing the Court took the matter under advisement. The Court now issues its Decision and Order.

## FACTUAL HISTORY

Plaintiff filed a complaint on September 28, 2009 asserting civil damages for conversion, breach of contract, fraud, breach of fiduciary duty, and unjust enrichment. Defendant filed an Answer and Counterclaim which included a demand for jury trial. Defendant's Counterclaim raises claims for damages based on breach of contract. On motion, Plaintiff alleged that Defendant may not demand a jury trial because Defendant's Counterclaims do not include a statement or claim for damages in excess of twenty dollars as required by title 7, section 22104 of the Guam Code. (Pl.'s Mot., 2) Defendant argues that his counterclaim alleges damages in

excess of twenty dollars and therefore satisfies any statutory pre-requisites for demanding a jury trial. (Am. Opp. to Pl.'s Mot., 1-2)

## DISCUSSION

Title 7, section 22104 of the Guam Code establishes a party's right to a jury trial in civil cases asserting a legal claim, provided that the amount of the claim is in excess of twenty dollars:

> **§ 22104. Right to Jury Trial.** In all cases at law in which the demand, exclusive of interest and costs of the value of the property in controversy amount to more than Twenty Dollars ($20.00), except for small claims cases and appeals thereafter, …the parties shall be entitled to a trial by jury.

Guam Rule of Civil Procedure Rule 38(b) governs the procedure by which a party may demand a jury trial. That rule states:

> **Demand**. Any party may demand a trial by jury of any issue triable of right by a jury by
> (1) serving upon the other parties a demand therefor in writing at any time after the commencement of the action and not later than 10 days after the service of the last pleading directed to such issue…

Moreover, both rules are clear that the right to a jury trial extends to *both* parties in a civil action.

Plaintiff apparently argues that in order to satisfy section 22104, a party must include within its prayer for relief a specific dollar amount or statement that the demand will exceed the threshold of twenty dollars. However, this Court declines to apply such a narrow construction to Defendant's pleading. Guam Rule of Civil Procedure 8(f) pertains to the construction of pleadings and instructs that "all pleadings shall be so construed as to do substantial justice." GRCP 8(f). Moreover, rather than look to any one specific section for a mandatory pleading requirement, this Court reads a pleading as a whole to determine whether it passes muster. *See Taitano v. Lujan*, 2005 Guam 26 ¶ 6 ("it has been well-established by case law that the pleadings will be read as a whole . . . ."

Decision and Order
Case No.

In this case, Plaintiff's Complaint seeks damages in the amount of $699,000 (Compl. ¶ 47), an amount well over the requisite twenty dollars. Further, Defendant filed an Answer & Counterclaim expressing that Plaintiff owes Defendant $75,000, also an amount well above the requisite minimum for a jury trial. (Def.'s Answer & Counterclaim at p. 5) Though Defendant's requested sum is not embedded in his prayer for relief, this court follows the direction set by GRCP 8(f) and *Taitano*, and looks to the entirety of the complaint, which clearly states an amount of damages in excess of twenty dollars.

Because the Complaint and Answer & Counterclaim clearly assert a value in excess of twenty dollars, pursuant to the language of 7 GCA § 22104, the motion to strike must be denied.

## CONCLUSION

Based on the foregoing, Plaintiff Aliron Far East, LLC's Motion to Strike Demand for Jury Trial is hereby **DENIED**. A trial setting will be scheduled for September 10, 2012 at 2:00 p.m.

It is **SO ORDERED** this 27th day of July, 2012.

_____
HONORABLE ALBERTO C. LAMORENA III
Presiding Judge, Superior Court of Guam

I do hereby certify that the foregoing is a full true and correct copy of the original on file in the office of the clerk of the Superior Court of Guam.

JUL 27 2012

Domingo M. Nego
Deputy Clerk, Superior Court of Guam

ORIGINAL